ARTHUR COVIELLO (CA #291226)
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax (650) 858-6100

Michael Summersgill (*pro hac vice* motion to be filed)
michael.summersgill@wilmerhale.com
Vinita Ferrera (*pro hac vice* motion to be filed)
vinita.ferrera@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax (617) 526-5000

*Attorneys for Plaintiffs Infineon Technologies AG and Infineon Technologies Americas Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES AMERICAS CORP.<br><br>Plaintiffs,<br><br>vs.<br><br>REDCOM LABORATORIES, INC.,<br><br>Defendant. | Case No. 5:16-cv-4075<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN; DECEPTIVE, FALSE, AND MISLEADING ADVERTISING; AND UNFAIR COMPETITION**<br><br>DEMAND FOR JURY TRIAL |

For its Complaint against Defendant Redcom Laboratories, Inc. ("Redcom" or "Defendant"), Plaintiffs Infineon Technologies AG and Infineon Technologies Americas Corp. (collectively, "Infineon" or "Plaintiffs") allege as follows:

## NATURE OF THE ACTION

1. This action involves claims for trademark infringement, false designation of origin, false advertising, and unfair competition stemming from Redcom's recent launch of a computer product under the name INFINION. Infineon owns incontestable rights in the trademark INFINEON, which is the subject of United States Trademark Registration Nos. 2,516,259 and 3,267,884 (the "INFINEON Marks"). Redcom's use of the nearly identical term INFINION raises a substantial risk of consumer confusion and resulting harm to Infineon.

2. Since 1999, Infineon has developed and sold computer products under the INFINEON Marks for a broad range of applications including telecommunications, power management, encryption, and security. Infineon's products and services include, for example, integrated circuits, semiconductors, controllers, processors, mobile communications products and technology, software, software development kits, and design of data processing programs. Infineon is a market leader in the field of hardware and software for secure communications and networking, among others. The name INFINEON has become synonymous with Infineon, is well known throughout and beyond the broad markets Infineon serves, and has earned extensive goodwill through its many years of use in connection with Infineon and its products in the United States and worldwide.

3. On information and belief, Defendant Redcom develops and sells computer products for telecommunications applications. In September 2015, Redcom launched a new product, which it named INFINION. According to Redcom, the INFINION product is a "Unified Communications platform" that can be used as a "complement to existing switch networks from . . . third party vendors." Among other features, Redcom touts INFINION's ability purportedly to provide "Secure & Encrypted communications." On information and belief, at the time Redcom began using the INFINION name in commerce, it was aware of

Infineon and the INFINEON Marks, and deliberately adopted the name in spite of such knowledge.

4. Upon information and belief, Redcom's INFINION product is directed to many of the same markets that Infineon serves, including the telecommunications and security markets. Upon information and belief, Redcom's INFINION product is targeted to many of the same customers that Infineon targets, including telecommunications companies, the government and military, utilities, mining and exploration companies, and emergency response organizations, and indeed may be used in conjunction with or as a "complement to" Infineon's products. This overlap in applications, potential customers, and channels of trade presents a substantial risk of confusion and injury to Infineon's reputation as a result of Redcom's misappropriation of the INFINEON Marks.

5. On December 3, 2015, Infineon wrote to Redcom asking Redcom to discontinue all use and efforts to register the INFINION mark. In a December 29, 2015 response, Redcom rejected Infineon's request and stated its intention to continue using the INFINION mark despite the clear risk of confusion.

6. Redcom's conduct constitutes trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1114(a) & § 1125(a), and unfair competition and deceptive, false and misleading advertising under California state law.

**THE PARTIES**

7. Plaintiff Infineon Technologies Americas Corp. is a wholly-owned U.S. subsidiary of Infineon AG, incorporated in Delaware with its principal place of business in El Segundo, California, and with significant business operations in this District in Milpitas, California.

8. Infineon Technologies AG ("Infineon AG") is a foreign corporation organized and existing under the laws of Germany having a principal place of business in Neubiberg, Germany.

9. On information and belief, Defendant Redcom is a New York company with its principal place of business in Victor, New York.

**JURISDICTION**

10. This action includes claims for federal trademark infringement under Title 15 of the United States Code. As such, this Court has subject matter jurisdiction over these claims under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademark claims), and 15 U.S.C. § 1121(a) (Lanham Act claims). The California state law claims for unfair competition and deceptive, false and misleading advertising join the substantial and related federal claims, and form part of the same case or controversy. This Court therefore also has jurisdiction over the California state law claims under 28 U.S.C. § 1338(b) (claims joined with trademark claims), 28 U.S.C. § 1367 (supplemental jurisdiction), and 28 U.S.C. § 1332 (diversity jurisdiction).

11. This Court has personal jurisdiction over Redcom because Redcom has committed and continues to commit unlawful acts that form the basis for, and are the but for cause of, Infineon's injuries giving rise to this action in the State of California. On information and belief, Redcom expressly directs its activities at California, in part because Redcom uses INFINION with the specific knowledge, understanding, and desire to target customers in California.

12. On information and belief, Redcom has intentionally targeted potential customers within California by, among other acts, promoting and marketing the INFINION product at trade shows in California, including the "Fall Crush" meetings of the Western Telecommunications Alliance in October 2015 in Napa, California, and the "WEST 2016" defense industry trade show in San Diego, California in February 2016. Redcom has also intentionally marketed and sold products to military bases located in California. Since 2008, Redcom has entered into Department of Defense contracts in California totaling nearly $8 million.

13. Redcom identifies as "Technology Alliances" or "partners" several manufacturing and/or software vendors in the telecommunications industry with headquarters in California, including Brocade, Calix Inc., and Zhone Technologies. Redcom's technology partners are

potential customers for Redcom's INFINION product. On information and belief, Redcom collaborates with its technology partners to integrate Redcom systems, such as INFINION, into telecommunications products offered by these other companies. Redcom then co-markets and co-promotes the integrated products with its technology partners. Redcom has specifically partnered with Brocade, a technology company with corporate headquarters in San Jose, California, to co-promote its INFINION product with Brocade's IPSec encryption technology.

14. Redcom describes itself as having a "global customer base" and a "global reputation for performance." Redcom's website is generally accessible to the public and advertises Redcom's products, including its INFINION product. Redcom invites people from anywhere in the United States, including California, to contact it regarding the INFINION product. In particular, under the heading "GET MORE INFORMATION," Redcom's webpage on INFINION states: "Are you interested in delivering Unified Communications services to your customers? Contact REDCOM at 585-924-6500 or via email at sales@redcom.com to discover how Infinion can add powerful UC solutions to your service portfolio."

**VENUE**

15. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) & (c)(2) because Redcom is subject to the court's personal jurisdiction as described above in paragraphs 9 to 13.

16. Venue is also proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial portion of the events or omissions giving rise to Infineon's claims occurred in this District. On information and belief, Redcom has targeted its INFINION product to its identified "partners" that are headquartered in this District, and other potential customers that reside in this District. Redcom also promoted its INFINION product in this District at the "Fall Crush" meetings of the Western Telecommunications Alliance in October 2015 in Napa, California. On information and belief, Redcom has offered to sell and/or sold its Infinion product in this District. Redcom's advertising of its INFINION product in this District constitutes trademark infringement of the INFINEON Marks in this District.

17. Venue is also proper in this District because Redcom's trademark infringement in this District has caused Infineon injuries in this District. Infineon has significant business operations in this District, including production, research and development, and sales offices in Milpitas, California. Infineon also has numerous customers in this District. Redcom's advertising of its INFINION product in this District causes confusion and injury to Infineon's reputation as a result of Redcom's misappropriation of the INFINEON Marks.

## INTRADISTRICT ASSIGNMENT

18. This action qualifies as an "Intellectual Property Action," and should therefore be assigned on a district-wide basis under Civil L.R. 3-2(c).

## FACTUAL ALLEGATIONS

### A. Infineon's Business and Products

19. Founded in 1999, Infineon is a global leader in developing and manufacturing a diverse array of computer products serving a wide variety of applications and customers in the United States and elsewhere. In the United States alone, Infineon employs over 3,500 employees, has 10 research and development locations and 9 production locations, and has over 180 distribution partners. Infineon employs over 35,000 people worldwide.

20. Since its inception in 1999 to the present, Infineon has used and continues to use the INFINEON Marks in all facets of its business. Infineon's goods and services sold under the INFINEON Marks include, but are not limited to, integrated circuits, semiconductors, processors, controllers, mobile communications products and technology, software, software development kits, and design of data processing programs.

21. Infineon's products span a broad range of markets and industries. For example, Infineon is a market leader in the field of chip-based security and encryption products. Infineon pioneered securing cellular machine-to-machine communication, and Infineon offers a broad portfolio of security solutions including hardware, software and services in the fields of tailor-made security, contactless communication and embedded microcontroller solutions. Infineon provides security chips and software for use in smartphones and other mobile communications

devices, laptop computers, IT infrastructure, industrial internet systems, and connected vehicles, among others.

22. Infineon is also well-known for developing and manufacturing semiconductor components and systems that ensure the efficient generation and transmission of electric power. Infineon provides power management products for, among other things, IT and telecommunications systems, smartphones, tablets, and other mobile devices, PCs and notebooks, servers, and cellular infrastructure.

23. As a result of Infineon's broad range of markets, Infineon's products and applications reach a wide variety of different types of customers including, for example, telecommunications companies and carriers, mobile device manufacturers, manufacturers of networking equipment, government agencies, defense contractors, utilities, oil and gas exploration companies, emergency response organizations, financial services companies, and electronics companies.

24. As a result of Infineon's significant investment in and commitment to providing these solutions in multiple different markets over the last 17 years, and its continuous and extensive use of the INFINEON Marks in connection with these products and services, the INFINEON Marks have achieved widespread recognition in the United States and worldwide and have acquired enormous value as indicators that Infineon is the source of the products and services on which those marks are used.

**B. Infineon's Trademarks**

25. To protect the goodwill Infineon developed in its name and products, Infineon sought and received two separate federal trademark registrations directed to INFINEON.

26. Specifically, Infineon owns U.S. Registration No. 2,516,259 for the word mark INFINEON, which issued on December 11, 2001, and has attained incontestable status. [Ex. A, Registration Certificate]

27. Infineon also owns U.S. Registration No. 3,267,884, which was registered on July 24, 2007 and has attained incontestable status, and is directed to the following design:

[Ex. B, Registration Certificate]

**C. Redcom's Business and Trademark**

28. On information and belief, Defendant Redcom is a private company that has been in business for over 35 years developing and manufacturing telecommunications systems for commercial carriers, utilities, emergency response, and defense applications. Redcom's products include public and private network systems, ISDN systems, legacy systems, IP/VoIP based systems, media gateways and controllers, tactical systems, programmable platforms, and test equipment.

29. Upon information and belief, on or about September 22, 2015, Redcom launched a new computer product under the name INFINION.

30. Redcom describes INFINION as a "Unified Communications (UC) platform," *i.e.*, a product that provides integrated communications across a variety of different devices and media-types such as instant messaging services, voice call services, and voice/video conferencing systems. According to Redcom:

> Infinion expands the reach of what traditional phones can accomplish. Phones are no longer hard-wired, single devices sitting on desks, but rather virtual endpoints that follow users and are not tied to specific hardware or locations. Any device that has a data connection – SIP-enabled phones, mobile devices, laptops, and computers — can become a source of communication using Infinion.

31. In marketing the INFINION product, Redcom touts its ability purportedly to provide "Secure & Encrypted communications," claiming that "Infinion includes defensive mechanisms for secure communications to those supporting banking, government, and exploration sectors."

32. According to Redcom, INFINION is a software product that is "hardware agnostic," and "designed to run on standard, commercial-off-the-shelf hardware." Redcom further explains that "Infinion can be deployed as a UC [Unified Communications] complement to existing switch networks from REDCOM and third party vendors, or a stand-alone solution."

33. The target market for Redcom's INFINION product includes many of the same types of companies who are actual or potential customers of Infineon's products, including telecommunications carriers and service providers, the government and military, utilities, mining and exploration companies, and emergency response organizations.

34. Infineon's products, including for example its security and power management solutions, are closely related to and/or complement Redcom's INFINION product, and a customer may choose to use them together in a single telecommunications system.

35. On information and belief, Redcom markets and sells its INFINION product through channels of trade that overlap with those used by Infineon, including trade shows and publications directed to similar audiences.

36. Redcom chose to use the term INFINION – which is phonetically equivalent and nearly identical in spelling to INFINEON – with knowledge of Infineon and the INFINEON Marks, and with the intent to leverage the recognition and goodwill that Infineon has developed in the INFINEON Marks. On July 7, 2014, Redcom filed an application with the USPTO to register the name INFINION as a trademark. Initially, the USPTO rejected the application "because of a likelihood of confusion" with the INFINEON Marks. Redcom overcame the rejection by arguing that its INFINION product was software specifically related to telecommunications, while the goods and services described in Infineon's registrations were allegedly only hardware and not related to telecommunications. In fact, contrary to Redcom's representations to the USPTO and as described above, Infineon offers both hardware and software, including to companies in the telecommunications industry. Not having been presented with such information, the trademark examiner allowed Redcom's application for INFINION, and the registration issued on February 23, 2016 (the "INFINION mark").

37. In fact, the INFINION mark is so similar to the INFINEON Marks that searching for “Infinion” on major search engines brings back results primarily for Infineon:

https://www.google.com/?gws_rd=ssl#q=infinion
- Google Search
View Favorites Tools Help
Select
Page Safety
infinion
All News Maps Images Shopping More Search tools
About 12,000,000 results (0.43 seconds)
Showing results for infineon
Search instead for infinion
Infineon Technologies
Ad www.infineon.com/
Infineon's power Semiconductor system solutions for your design.
Modern Technology · Functionality · Semiconductor Solutions · International Company
Infineon Technologies - Inventory, Pricing, & Datasheets - Mouser.com
Ad www.mouser.com/Infineon-Technologies (800) 346-6873
4.6 rating for mouser.com
No Min Orders & Ships Same Day!
Authorized Distributor · No Minimum Orders · AS9100C & ISO 9001:2008 · Same Day Shipping
Transistors · Power Mgmt · Diodes & Rectifiers · MOSFETs
Infineon Technologies - Authorized Infineon Distributor - DigiKey.com
Ad www.digikey.com/Infineon
4.4 rating for digikey.com
Same Day Shipping at Digi-Key!
Immediate Shipment · World's Largest Selection · Tech Support 24/7 · 24 Hour Customer Service
Product Training Modules · Supplier Index · New Products · TechZones
Semiconductor & System Solutions - Infineon Technologies
https://www.infineon.com/ Infineon Technologies
Infineon Technologies offers a wide range of semiconductor solutions, microcontrollers, LED drivers, sensors and Automotive & Power Management ICs.
Results from infineon.com
Products
Application brochure. Infineon Application Brochure. 01_00 ...
Our Locations
175 Infineon locations world-wide ..... of this website is subject to ...
Company
Infineon Technologies AG is a world ... 30), the company ...
Contact
Please use the various contact channels, which are accessible ...
Chestnut Ave
Elm Ave
Easter Ave
Marylinn Dr
N Abbott Ave
Lexington St
Coyote Creek
Map data ©2016 Google
Infineon Technologies Corporation
Website
Directions
Manufacturer
Address: 640 N McCarthy Blvd, Milpitas, CA 95035
Phone: (866) 951-9519
Suggest an edit
Add missing information
Add business hours
Reviews
Write a review
Add a photo
Be the first to review
People also search for
View 15+ more
Samsung Semicon... Inc.
Corporate Campus
Varian Medical Systems I...
Medical Equipment Supplier
IDC Technolo... Inc.
Software Company
Avnet, Inc.
Electronic Parts Supplier
Milpitas Auto Spa
Car Wash
Feedback

https://search.yahoo.com/search;_ylc=X3oDMTFiN25laTRvBF9TAzIwMjM1MzgwNzUEaXRjAzEEc2VjA3NyY2hfcWEEc2xrA3NyY2h3ZWI-?p=infinion&fr=yfp-t-828964%2C828783%2CE829071&fp=1

- Yahoo Search Res...

t View Favorites Tools Help

nvert Select

Page

Mail Search News Sports Finance Celebrity Weather Answers Flickr Mobile More

)O! infinion Search Sign in

Web Images Video News More Anytime

Ads related to: infinion

**Infineon** Technologies - Inventory, Pricing, & Datasheets
www.mouser.com/**Infineon**-Technologies (800) 346-6873
No Min Orders & Ships Same Day!
Same Day Shipping · Authorized Distributor · AS9100C & ISO 9001:2008 · Order by 8PM CST
Diodes & Rectifiers MOSFETs
Transistors Power Mgmt

**Infineon**.com - **Infineon** Technologies
www.**infineon**.com/
**Infineon's** power Semiconductor system solutions for your design.
Use of Natural Resources · International Company · Modern Technology · Industrial Experience
Microcontrollers Industrial Power Control
Newsletter for Engineers Infineon Technologies
Power Management Ics Automotive

**Infineon** Technologies - Authorized **Infineon** Distributor
www.digikey.com/**Infineon**
Same Day Shipping at Digi-Key!
World's Largest Selection · Immediate Shipment · Tech Support 24/7
Types: Semiconductors, Dev Boards, Relays, Resistors, Capacitors
Product Training Modules New Products
Supplier Index TechZones
Product Index

**Infineon** Semiconductors - Distributor of **Infineon** / Eupec
www.galco.com/**Infineon** (800) 337-1062
Call or shop online! 24/7 Service
Same-Day Shipping · Send-In Repair · Industrial Electronics · Huge Online Catalog
Brands: ABB, IDEC, Mersen, Eaton, Marathon, Deltrol

Also try: infineon **raceway**, infineon **raceway schedule**

Semiconductor & System Solutions - **Infineon** Technologies
www.infineon.com/
Infineon Technologies offers a wide range of semiconductor solutions, microcontrollers, LED

Ads related to: **infinion**

**Infineon** Semiconductors
www.firstic.com/index.asp
**Infineon** Semiconductors In-Stock, Search Online, 1-day RFQ Response

38. Redcom is not licensed, authorized, sponsored, endorsed, or approved by Infineon to use the INFINEON Marks, or the confusingly similar INFINION mark, in association with its products or services.

39. On information and belief, Redcom's unauthorized use of INFINION on products that are closely related to products that Infineon offers under the INFINEON Marks has caused and is likely to continue to cause consumers to be confused, mistaken, or deceived into believing that Infineon is the source of Redcom's INFINION product, that Infineon has sponsored or

approved Redcom's INFINION product, and/or that there is an affiliation, connection or association between Redcom's INFINION product and Infineon.

40. Redcom's use of the INFINION mark for its product has resulted in, and will continue to result in, incalculable harm to Infineon because of a likelihood of confusion among customers and injury to Infineon's reputation.

41. As a result, on December 3, 2015, Infineon wrote to Redcom expressing its concern about the potential for confusion as a result of Redcom's selection of a name that is virtually identical to INFINEON, for a product that is closely related to the goods and services offered by Infineon, and asked Redcom to discontinue all use and efforts to register the INFINION mark.

42. In a December 29, 2015 response, Redcom rejected Infineon's request and stated its intention to continue using the INFINION mark despite the clear risk of confusion. True to its word, Redcom has continued to use the INFINION mark with its unified communications product.

43. Accordingly, Infineon seeks injunctive relief and damages, among other remedies, to prevent Redcom from continuing to misappropriate Infineon's intellectual property, and to prevent consumers from being further confused, deceived, and potentially harmed by Redcom's wrongful conduct.

**FIRST CLAIM FOR RELIEF**

**(Trademark Infringement, 15 U.S.C. § 1114)**

44. Infineon incorporates and realleges paragraphs 1 through 43 of this Complaint.

45. Infineon owns incontestable rights in the federally registered INFINEON Marks, United States Trademark Registration Nos. 2,516,259 and 3,267,884.

46. Redcom's unauthorized use of the INFINION mark is likely to cause confusion, mistake, or deception as to the source, origin, or sponsorship of Redcom's products.

47. Redcom's actions are likely to lead consumers to conclude, incorrectly, that Redcom's products are authorized or licensed by Infineon, to Infineon's detriment.

48. Redcom's unauthorized use of the INFINION mark in commerce in the United States constitutes trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(a).

49. As a direct and proximate result of Redcom's wrongful conduct, Infineon has suffered harm, and unless Redcom is enjoined by the Court, Infineon will continue to suffer further actual damages and irreparable harm, as to which Infineon has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

**(False Designation of Origin, 15 U.S.C. § 1125)**

50. Infineon incorporates and realleges paragraphs 1 through 49 of this Complaint.

51. The INFINEON Marks are inherently distinctive and/or have acquired secondary meaning among the public.

52. As a result of Redcom's unauthorized use of the INFINION mark, consumers are likely to be confused, mistaken or deceived as to the affiliation, connection and/or association of Redcom's products with Infineon, or as to the origin, sponsorship, approval of Redcom's products, and/or as to the nature, characteristics or qualities of Redcom's products.

53. Redcom's wrongful conduct as described above, constitutes false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

54. As a direct and proximate result of Redcom's wrongful conduct, Infineon has suffered harm, and unless Redcom is enjoined by the Court, Infineon will continue to suffer actual damages and irreparable harm, as to which Infineon has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**

**(Cancellation, 15 U.S.C. § 1119)**

55. Infineon incorporates and realleges paragraphs 1 through 54 of this Complaint.

56. Redcom owns the United States Trademark "INFINION," Registration No. 4,905,813.

57. Redcom's use of the registered mark "INFINION" as set forth above, has caused, and is likely to cause confusion, mistake, or deception.

58. As a result of Redcom's conduct, Infineon has suffered irreparable harm, and, unless Redcom's Registration No. No. 4,905,813 is cancelled, will continue to suffer irreparable harm, as to which it has no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**

**(Deceptive, False, and Misleading Advertising Under Cal. Bus. & Prof. Code §§ 17500 *et seq.*)**

59. Infineon incorporates and realleges paragraphs 1 through 58 of this Complaint.

60. As a result of Redcom's unauthorized use of the INFINION mark, consumers are likely to be confused, mistaken or deceived as to the affiliation, connection and/or association of Redcom's products with Infineon, or as to the origin, sponsorship, approval of Redcom's products, and/or as to the nature, characteristics or qualities of Redcom's products.

61. Redcom's wrongful conduct as described above constitutes deceptive, false and misleading advertising in violation of California Business & Professions Code §§ 17500 et seq.

62. As a direct and proximate result of Redcom's wrongful conduct, Infineon has suffered harm, and unless Redcom is enjoined by the Court, Infineon will continue to suffer actual damages and irreparable harm, as to which Infineon has no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**

**(Unfair Competition Under Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

63. Infineon incorporates and realleges paragraphs 1 through 62 of this Complaint.

64. Redcom's conduct constitutes unlawful business acts or practices in that it has engaged in (1) trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; (2) false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and (3) false and misleading advertising in violation of California Business and Professions Code §§ 17200 et seq.

65. As a direct and proximate result of Redcom's wrongful conduct, Infineon has suffered harm, and unless Redcom is enjoined by the Court, Infineon will continue to suffer actual damages and irreparable harm, as to which Infineon has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Infineon respectfully seeks the following relief:

1. Entry of judgment for Infineon on each of its claims;

2. An order and judgment enjoining Redcom and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns, from:

   a. using in any manner any mark that is confusingly similar to or a colorable imitation of the INFINEON Marks owned by Infineon, including but not limited to the INFINION mark that is the subject of U.S. Trademark Registration No. 4,905,813;

   b. doing any act or thing calculated or likely to cause confusion or mistake in the minds of the members of public or prospective customers as to the source of the products offered or distributed by Infineon, or likely to confuse members of the public, or prospective customers, into believing that there is some connection between Infineon and Redcom; and

   c. otherwise competing unfairly with Infineon in any manner.

3. Entry of an order directing Redcom, pursuant to 15 U.S.C. § 1116(a), to file with this court and serve upon Infineon within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Redcom has complied

with the injunction and ceased all offering of products under the INFINION mark as set forth above;

4. Entry of an order directing Redcom, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all catalogs, articles, products, displays, labels, circulars, letterhead, business cards, promotional items, clothing, literature, or other matter in the possession, custody, or control of Redcom or its agents bearing the INFINION mark in any manner, or any mark that is confusingly similar to or a colorable imitation of the INFINEON marks;

5. Entry of an order directing the USPTO to cancel U.S. Registration No. 4,905,813 pursuant to 15 U.S.C. § 1119;

6. An award of damages sustained by Infineon as a result of Redcom's infringement, and/or an accounting of Redcom's profits that are attributable to the infringement and misconduct;

7. Pre- and post-judgment interest;

8. Costs of suit and reasonable attorneys' fees; and

9. Any and all other legal and equitable relief as may be available under law and which the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Infineon hereby demands a jury trial under Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule 3-6(a) as to all issues in this lawsuit.

Dated: July 20, 2016　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　By: */s/ Arthur Coviello*

　　　　　　　　　　　　　　　　　　　　Arthur Coviello
　　　　　　　　　　　　　　　　　　　　arthur.coviello@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　950 Page Mill Road
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Tel. (650) 858-6000
　　　　　　　　　　　　　　　　　　　　Fax (650) 858-6100

　　　　　　　　　　　　　　　　　　　　Michael Summersgill (pro hac vice motion to be filed)
　　　　　　　　　　　　　　　　　　　　michael.summersgill@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　Vinita Ferrera (pro hac vice motion to be filed)
　　　　　　　　　　　　　　　　　　　　vinita.ferrera@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　Tel. (617) 526-6000
　　　　　　　　　　　　　　　　　　　　Fax (617) 526-5000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Infineon Technologies AG and Infineon Technologies Americas Corp.*