United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   INFINEON TECHNOLOGIES AG, et al.,            Case No. 16-cv-04075-WHO
          Plaintiffs,
8
9        v.                                      **ORDER OF DISMISSAL UPON SETTLEMENT**
10  REDCOM LABORATORIES, INC.,                   Re: Dkt. No. 18
          Defendant.
11
12
13      The parties to the action, by and through their counsel, have advised the Court that they have
14  agreed to a settlement.
15      IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings
16  scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court,
17  with proper notice to opposing counsel within ninety (90) days from the date below, that settlement
18  has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for
19
20  further proceedings. **IT IS SO ORDERED**.
21  Dated: September 12, 2016
22                                              
23                                              _____
                                                WILLIAM H. ORRICK
24                                              United States District Judge
25
26
27
28